**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that 15 CR 526, *USA v. Jimenez et al.,* is currently pending before the Hon. Harry D. Leinenweber; and

It further appearing that Judge Leinenweber and Chief Judge Pallmeyer have agreed that 15 CR 526, *USA v. Jimenez et al.,* be reassigned to Judge Pallmeyer*;* therefore

It is hereby ordered that 15 CR 526, *USA v. Jimenez et al.,* is to be reassigned to Judge Pallmeyer pursuant to Internal Operating Procedure 13(d).

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 7th day of June, 2024