UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIMENEZ, et al. | Case No. 15-CR-00526<br><br>Honorable Rebecca R. Pallmeyer |

## APPEARANCE OF COUNSEL

    Please take notice that Assistant United States Attorney Maureen E. Merin is assigned to this case.

    Respectfully Submitted,

    MORRIS PASQUAL
    Acting United States Attorney

By:   */s/ Maureen E. Merin*
      MAUREEN E. MERIN
      Assistant United States Attorney
      219 S. Dearborn St., 5th Floor
      Chicago, Illinois 60604
      (312) 353-1457

Dated:  November 12, 2024