UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 15 CR 526 |
| | ) |
| JOSE ROMAN | ) Judge Rebecca R. Pallmeyer |
| | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves this Court for authorization to file its Report Regarding Access to Medical Care under seal pursuant to Local Rule 26.2. In support of this motion, the Government states as follows:

1. On November 12, 2024, the government filed a status report regarding defendant's access to medical care, provisionally under seal, which involved discussion of defendant's confidential medical information, and attached, as exhibits, defendant's confidential medical information. R. 167.

2. Accordingly, so as to protect the confidentiality of the defendant's medical information, the government has provisionally filed its Report under seal pursuant to Local Rule 26.2(c)(2), and seeks an order from this Court permitting its unredacted Report and supporting documents to remain under seal.

3. Consistent with Local Rule 26.2(c)(1), the government has also filed on the public docket a redacted form of its Report Regarding Access to Medical Care on the public record which omits mention of information that might tend to disclose defendant's confidential medical information, and which attaches, as required by

Local Rule 26.2(c)(1), with the supporting exhibits marked as "Fully Redacted." R.168.

4. Accordingly, the government respectfully requests that this Court order that the government's Report Regarding Access to Medical Care, R. 167, be filed under seal.

                Respectfully submitted,

                MORRIS PASQUAL
                Acting United States Attorney

By:   _s/Maureen E. Merin_____
       MAUREEN MERIN
       MICHELLE PETERSEN
       Assistant United States Attorneys
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604
       (312) 353-5300